People v Aboueida

2026 NY Slip Op 02303

April 16, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Abdallah A. Aboueida, Appellant.

Decided and Entered:April 16, 2026

CR-24-0402

Calendar Date: March 20, 2026

Before: Aarons, J.P., Ceresia, Fisher, Powers And Ryba, JJ.

Yorden C. Huban, Public Defender, Albany (James A. Bartosik Jr. of counsel), for appellant.

Lee C. Kindlon, District Attorney, Albany (Emily Schultz of counsel), for respondent.

[*1]

Appeal from a judgment of the County Court of Albany County (William Little, J.), rendered October 23, 2023, convicting defendant upon his plea of guilty of the crime of attempted burglary in the third degree.

Defendant waived indictment and agreed to plead guilty to a superior court information charging him with attempted burglary in the third degree. The plea agreement also required that defendant waive the right to appeal. County Court thereafter sentenced defendant to the agreed-upon sentence of five years of probation. Defendant appeals.

We affirm. Defendant's sole contention on appeal — that the imposed sentence is unduly harsh — is precluded by his unchallenged appeal waiver (see People v Thompson-Webb, 241 AD3d 1675, 1675 [3d Dept 2025], lv denied 44 NY3d 1029 [2025]; People v Brown, 197 AD3d 1440, 1440 [3d Dept 2021]).

Aarons, J.P., Ceresia, Fisher, Powers and Ryba, JJ., concur.

ORDERED that the judgment is affirmed.